**Opinion issued March 16, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00167-CR

## NO. 01-17-00168-CR

———————————

## IN RE FRANKIE BARTOLO MERCADO, Relator

---

## Original Proceedings on Petitions for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Frankie Bartolo Mercado, proceeding pro se and incarcerated, has filed a combined original application for writ of mandamus seeking to compel the respondent trial judge to rule on his pending pro se "Motion for Court Order for

Disclosure of Information of Grand Jury" in his two underlying habeas corpus proceedings.[1]

We construe the application as petitions for a writ of mandamus, but deny the petitions.[2]  *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Huddle.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

[1]　The underlying cases are *Ex parte Frankie Bartolo Mercado*, Cause Nos. 1431388-A & 1431364-A, pending in the 262nd District Court, Harris County, Texas, the Honorable Denise Bradley presiding.  We recently denied relator's pro se petitions seeking the same mandamus relief as that sought here.  *See In re Frankie Bartolo Mercado*, Nos. 01-17-00046-CR & 01-17-00047-CR, 2017 WL 711735, at *1 (Tex. App.—Houston [1st Dist.] Feb. 23, 2017, orig. proceeding) (per curiam) (mem. op., not designated for publication).

[2]　We also dismissed relator's direct appeals for want of jurisdiction under the related trial court cause numbers 1431388 and 1431364.  *See Mercado v. State*, Nos. 01-16-00705-CR & 01-16-00706-CR, 2016 WL 7164013, at *1 (Tex. App.—Houston [1st Dist.] Dec. 8, 2016, no pet.) (per curiam) (mem. op., not designated for publication).  We note that, because our mandates issued on February 17, 2017, making his convictions final, relator may file new article 11.07 habeas petitions with the district court, made returnable with the Court of Criminal Appeals.  *See* TEX. CODE CRIM. PROC. ANN. art. 11.07, § 3(a) (West Supp. 2016); *Ex parte Johnson*, 12 S.W.3d 472, 473 (Tex. Crim. App. 2000).

2